B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HC Walden Properties, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**20-2104873** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**Three Pickwick Plaza**<br>**Suite 400**<br>**Greenwich, CT 06830**<br>ZIP CODE **06830-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**HC Walden Properties, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10) Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **HC Walden Properties, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor **X** _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. **X** _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** **X** /s/ Neil Y. Siegel Signature of Attorney for Debtor(s) **Laurence May, Esq. LM-9714** **Neil Y. Siegel, Esq. NS-3216** Printed Name of Attorney for Debtor(s) **Cole, Schotz, Meisel, Forman & Leonard, P.A.** Firm Name **A Professional Corporation** **900 Third Avenue, 16th Floor** **New York, NY 10022-4728** Address **212-752-8000 Fax:212-752-8393** Telephone Number Date - September 1, 2010 *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address **X** _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** /s/ Ralph Harrison Signature of Authorized Individual **Ralph Harrison** Printed Name of Authorized Individual **Chief Executive Officer** Title of Authorized Individual Date - August 20, 2010 | |

In re  **HC Walden Properties, LLC** Case No.
Debtor(s)

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **SageCrest II LLC**<br>**District of Connecticut** | **08-50754**<br>**Affiliate** | **8/17/08**<br>**Alan H. W. Shiff** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **HC Walden Properties, LLC**                       Case No.
                            Debtor(s)                       Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Rose Alornyegbor** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Unit 1931-305** **Schaumburg, IL 60173** | **Rose Alornyegbor** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Schaumburg, IL 60173** | **Security Deposit** | **Contingent** | **500.00** |
| **Andy Bober** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Unit 1919-034** **Schaumburg, IL 60173** | **Andy Bober** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Schaumburg, IL 60173** | **Security Deposit** | **Contingent** | **2,000.00** |
| **Kyoung Bong Kang** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Unit 1931-207** **Schaumburg, IL 60173** | **Kyoung Bong Kang** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Schaumburg, IL 60173** | **Security Deposit** | **Contingent** | **2,000.00** |
| **Adan Castro** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Unit 1931-221** **Schaumburg, IL 60173** | **Adan Castro** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Schaumburg, IL 60173** | **Security Deposit** | **Contingent** | **1,195.00** |
| **Michael Chin** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Unit 1931-121** **Schaumburg, IL 60173** | **Michael Chin** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Schaumburg, IL 60173** | **Security Deposit** | **Contingent** | **1,150.00** |
| **Guri Cho & Hyundong Cho** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Unit 1931-205** **Schaumburg, IL 60173** | **Guri Cho & Hyundong Cho** **Hawthorne Estates Condominiums** **1931 Prairie Square** **Schaumburg, IL 60173** | **Security Deposit** | **Contingent** | **500.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **HC Walden Properties, LLC**                          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ComEd**<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | **ComEd**<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | **Trade Debt** | | **1,002.87** |
| **Concordia Realty Management**<br>10031 W. Roosevelt Road<br>Suite 200<br>Westchester, IL 60154 | **Concordia Realty Management**<br>10031 W. Roosevelt Road<br>Suite 200<br>Westchester, IL 60154 | **Trade Debt (Approximate claim amount)** | | **1,000.00** |
| **James R. Dufoe**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Unit 1931-325<br>Schaumburg, IL 60173 | **James R. Dufoe**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Schaumburg, IL 60173 | **Security Deposit** | **Contingent** | **975.00** |
| **Anil George**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Unit 1931-103<br>Schaumburg, IL 60173 | **Anil George**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Schaumburg, IL 60173 | **Security Deposit** | **Contingent** | **975.00** |
| **Hawthorn Estates Condo Assoc**<br>c/o Property Specialists, Inc.<br>5999 S. New Wilke Road #108<br>Rolling Meadows, IL 60008 | **Hawthorn Estates Condo Assoc**<br>c/o Property Specialists, Inc.<br>5999 S. New Wilke Road #108<br>Rolling Meadows, IL 60008 | **Trade Debt** | | **17,888.18** |
| **John Kuta Plumbing**<br>16753 Hazelwood Drive<br>Plainfield, IL 60586 | **John Kuta Plumbing**<br>16753 Hazelwood Drive<br>Plainfield, IL 60586 | **Trade Debt** | | **620.00** |
| **Katarzyna Grobelny/B. Burnett**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Unit 1931-320<br>Schaumburg, IL 60173 | **Katarzyna Grobelny/B. Burnett**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Schaumburg, IL 60173 | **Security Deposit** | **Contingent** | **950.00** |
| **Ivaylo Minkov**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Unit 1919-220<br>Schaumburg, IL 61073 | **Ivaylo Minkov**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Schaumburg, IL 61073 | **Security Deposit** | **Contingent** | **650.00** |
| **Michael Pegorsch**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Unit 1931-118<br>Schaumburg, IL 60173 | **Michael Pegorsch**<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Schaumburg, IL 60173 | **Security Deposit** | **Contingent** | **1,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **HC Walden Properties, LLC**        Case No. _____

                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Stephen D. Richek<br>20 North Clark Street<br>Suite 2450<br>Chicago, IL 60602-5002 | Stephen D. Richek<br>20 North Clark Street<br>Suite 2450<br>Chicago, IL 60602-5002 | Legal Fees | | 5,000.00 |
| Karen Schauer<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Unit 1919-322<br>Schaumburg, IL 60173 | Karen Schauer<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Schaumburg, IL 60173 | Security Deposit | Contingent | 1,300.00 |
| Skydan Development<br>10031 Roosevelt Road<br>Suite 100<br>Westchester, IL 60154 | Skydan Development<br>10031 Roosevelt Road<br>Suite 100<br>Westchester, IL 60154 | Trade Debt | | 37,375.50 |
| George Stein<br>Hawthorne Estates Condominium<br>1931 Prairie Square<br>Unit 1931-317<br>Schaumburg, IL 60173 | George Stein<br>Hawthorne Estates Condominium<br>1931 Prairie Square<br>Schaumburg, IL 60173 | Security Deposit | Contingent | 885.00 |
| Felicitas Tiflis<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Unit 1919-303<br>Schaumburg, IL 60173 | Felicitas Tiflis<br>Hawthorne Estates Condominiums<br>1931 Prairie Square<br>Schaumburg, IL 60173 | Security Deposit | Contingent | 2,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 20, 2010**      Signature **/s/ Ralph Harrison**
                                                                 **Ralph Harrison**
                                                                  **Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Connecticut

In re  **HC Walden Properties, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 20, 2010**

**/s/ Ralph Harrison**
**Ralph Harrison**/**Chief Executive Officer**
Signer/Title

Firas Abolgar/Deanna Ali
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-117
Schaumburg, IL 60173


Advanced Carpet Restorations
P.O. Box 341
Algonquin, IL 60102


Rose Alornyegbor
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-305
Schaumburg, IL 60173


AT& T
P.O. Box 8100
Aurora, IL 60507


Bank of America
c/o Heather Macklin, Esq.
Barack Ferrazano
200 W. Madison St., Ste. 3900
Chicago, IL 60606


Bank of America, NA
Portfolio & Special Services
P.O. Box 515351
CA9-169-03-03
Los Angeles, CA 90051-6651


Bank of America, NA
c/o Heather Macklin, Esq.
Barack Ferrazano
200 W. Madison St., Ste. 3900
Chicago, IL 60606


Larry and Amanda Barnett
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-120
Schaumburg, IL 60173

William Bernard
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-224
Schaumburg, IL 60173


William Bird
Hawthorne Estates Condominiums
1931 Praire Square
Unit 1919-103
Schaumburg, IL 61073


Andy Bober
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-034
Schaumburg, IL 60173


Kyoung Bong Kang
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-207
Schaumburg, IL 60173


Cassandra Brown
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-033
Schaumburg, IL 60173


Adan Castro
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-221
Schaumburg, IL 60173


Adan Castro, Miguel Sandoval
Lissa Meers
Hawthorne Estates Condominiums
1931 Prairie Square, Unit 221
Schaumburg, IL 60173


Michael Chin
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-121
Schaumburg, IL 60173

```
Guri Cho & Hyundong Cho
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-205
Schaumburg, IL 60173


Comcast Cable
P.O. Box 3002
Southeastern, PA 19398-3002


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Concordia Realty Management
10031 W. Roosevelt Road
Suite 200
Westchester, IL 60154


CT Corporation
208 South LaSalle Street-Team
Suite 814
Chicago, IL 60604


Sudruedee Daprasert
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-127
Schaumburg, IL 60173


Deborah Jang
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-227
Schaumburg, IL 60173


Deborah Jang/Kathleen Saltarel
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-227
Schaumburg, IL 60173


Matthew Dittrich
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-217
Schaumburg, IL 60173
```

```
James R. Dufoe
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-325
Schaumburg, IL 60173


Erika Epanuceno
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-116
Schaumburg, IL 60173


Eric S. Rein
180 N. LaSalle Street
Suite 2700
Chicago, IL 60601


Khalila Ervin
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-132
Schaumburg, IL 60173


Alfred Figueroa
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-316
Schaumburg, IL 60173


Firas Abolgar/Deanna Ali
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-117
Schaumburg, IL 60173


Gaspar Gamboa (Flores)/A. Gant
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-327
Schaumburg, IL 60173


Koronda Gavin
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-216
Schaumburg, IL 60173
```

```
Anil George
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-103
Schaumburg, IL 60173


Graham C. Grady, Esq.
Daniel J. Hayes, Esq.
Bell, Boyd & Lloyd LLP
70 West Madison St., Ste. 3100
Chicago, IL 60602


Hawthorn Estates Condo Assoc
c/o Property Specialists, Inc.
5999 S. New Wilke Road #108
Rolling Meadows, IL 60008


Jamal Jazairi
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-209
Schaumburg, IL 61073


John Kuta Plumbing
16753 Hazelwood Drive
Plainfield, IL 60586


Katarzyna Grobelny/B. Burnett
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-320
Schaumburg, IL 60173


Andrew Kolakowski
607 Montana Street
Bethalto, IL 62010


Ji Hyun Lee
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-321
Schaumburg, IL 60173
```

Ji Hyun Lee, Jung Ho~ Lee
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-321
Schaumburg, IL 60173


Leisa Borem/Richard Kulovitz
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-318
Schaumburg, IL 60173


LexisNexis Screening Solutions
P.O. Box 730694
Dallas, TX 75373-0694


Felipe Martinez
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-123
Schaumburg, IL 60173


Irondel Martinez
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-013
Schaumburg, IL 60173


MB Finance Bank
1500 Roosevelt Road
Broadview, IL 60155


MB Financial Bank
800 W. Madison Street
Chicago, IL 60607


Michael Yetnikoff, Esq.
Attorney for Defendants
2135 North Southport Avenue
Suite 301
Chicago, IL 60614


Ivaylo Minkov
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-220
Schaumburg, IL 61073

```
Carlos Moa
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-120
Schaumburg, IL 60173


Adriana Moyado
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-013
Schaumburg, IL 60173


Michael Pegorsch
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-118
Schaumburg, IL 60173


Allison Pergorsh
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-025
Schaumburg, IL 60173


Rose Marie Podraza
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-119
Schaumburg, IL 60173


Stephen D. Richek
20 North Clark Street
Suite 2450
Chicago, IL 60602-5002


Steven Riplinger
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-313
Schaumburg, IL 60173


Frederick Robinson
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-315
Schaumburg, IL 60173
```

```
Filip Rouhliadkov
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-221
Schaumburg, IL 60173


Arlene Saisi
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-231
Schaumburg, IL 60173


Karen Schauer
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-322
Schaumburg, IL 60173


Skydan Development
10031 Roosevelt Road
Suite 100
Westchester, IL 60154


George Stein
Hawthorne Estates Condominium
1931 Prairie Square
Unit 1931-317
Schaumburg, IL


Hisami Takahashi
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-323
Schaumburg, IL 60173


Felicitas Tiflis
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-303
Schaumburg, IL 60173


Tony Holmes/Cassandra Brown
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-033
Schaumburg, IL 60173
```

```
Valdir Torcato
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1919-216
Schaumburg, IL 60173


Steven Weydert
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-115
Schaumburg, IL 60173


Bernard Williams
Hawthorne Estates Condominiums
1931 Prairie Square
Unit 1931-224
Schaumburg, IL 60173
```